**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**v.**                                  **NO.  4:07CR00049-(5,8,10,12) - JMM**

**NICHOLAS DAVIS**
**CATRINA RUFUS**
**DENISE THOMAS**
**CHRISTOPHER HUTSON**

## AMENDED DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave

of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas

hereby dismisses without prejudice the above-styled indictment against the named

defendants only pursuant to an agreement for alternative disposition.

> JANE DUKE
> United States Attorney
>
> /s/  Edward O. Walker
> EDWARD O. WALKER
> Bar No. 2000076
> Attorney for the Government
> P. O. Box 1229
> Little Rock, Arkansas  72203
> (501) 340-2600
> Edward.O.Walker@usdoj.gov

Leave of Court is granted this 1st day of December, 2008  for the filing of the

foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE